# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

David G. Velde,

        Plaintiff,   Civil No. 06-2301 (RHK/RLE)

vs.   **ORDER**

McWalter Farms, Inc.,

        Defendant.

---

Having determined that no cause, much less good cause, has been shown for the requested extensions of the deadlines set forth in the Court's September 14, 2006, Pretrial Order, the relief sought in the Stipulation for Extension of Discovery/Motion Deadlines (Doc. No. 7) is **DENIED**.

Dated: April 16, 2007

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge